```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ENVEN ENERGY VENTURES, LLC                    CIVIL ACTION

VERSUS                                        NO: 14-424

BLACK ELK ENERGY OFFSHORE                     SECTION: J(3)
OPERATIONS, LLC
```

### ORDER

The Court, having considered Plaintiff EnVen Energy Ventures, LLC's *Motion for Attorneys' Fees and Costs* (**Rec. Doc. 61**), the record, the applicable law, the *Report and Recommendation* of United States Magistrate Judge Knowles (**Rec. Doc. 63**), and Defendant Black Elk Energy Offshore Operations, LLC's lack of opposition to Plaintiff's motion and lack of objections to Magistrate Judge Knowles's Report and Recommendation, hereby approves the Report and Recommendation of Judge Knowles and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the *Motion for Attorneys' Fees and Costs* is hereby **GRANTED**. Plaintiff is entitled to an award of

attorneys' fees and costs in the amount of $124,787.83.

New Orleans, Louisiana, this 2nd day of June, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE